U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 9 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the complaint and arrest of Glendon Scott Crawford, d/o/b xx-xxx-1964, and Eric J. Feight, d/o/b xx-xxx-1958. | Docket No. 13-MJ-312 (CFH)<br><br>GOVERNMENT'S UNSEALING APPLICATION |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following documents: criminal complaint and arrest warrants ico 13–MJ-312 (CFH). The reasons provided for the sealing of such documents are no longer applicable.

Respectfully submitted this 19th day of June, 2013.

Richard S. Hartunian
United States Attorney

*[signature]*

Richard D. Belliss
Assistant United States Attorney
Bar Roll # 515295