**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA

          v.                                            No. 13-MJ-312

GLENDON SCOTT CRAWFORD,

                    Defendant.

_____

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

**ORDER OF DETENTION**

    The defendant appeared before the undersigned for an initial appearance on June 19, 2013.  At that time the United States moved for an order of detention.  The following day, on June 20, 2013, a detention hearing was held where the United States renewed its motion for detention contending that the charges lodged against the defendant created a rebuttable presumption that no condition or combination of conditions would reasonably assure the safety of other persons and the community and that alternatively, even without that presumption, the defendant was both a risk of flight and danger to the community.  The defendant opposed the government's motion.

    Wherefore, the undersigned finds for the reasons stated herein and those incorporated by reference which were stated on-the-record at the conclusion of the detention hearing on June 20, 2013, that credible testimony and information were submitted at the hearing establishing, by clear and convincing evidence, that the defendant has not rebutted the presumption establishing that no condition, or combination thereof, will reasonably assure that defendant is not a danger to others, and that there are no conditions or combination

thereof which would assure the community's continued safety and defendant's presence at subsequent court proceedings.

Accordingly, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending trial in this case.

**IT IS FURTHER ORDERED** that the defendant is granted leave to seek reconsideration if circumstances change.

**IT IS SO ORDERED**.

Dated:  June 20, 2013
        Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge