

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*     *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*     *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 27, 2015

Hon. Gary L. Sharpe
Chief U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

    Re:    *United States v. Glendon Scott Crawford*
           Criminal No. 1:14-CR-00030 (GLS)

Dear Chief Judge Sharpe:

    The government has spoken with Mr. Luibrand and it appears that the defense will be filing motions on the newly scheduled motions date of March 2, 2015. The parties respectfully request the scheduling of a status conference in which various milestone dates (date on which the government responses to motions are due, date on which pre-trial filings are due, firm date for trial, etc.) can be added to the calendar.

           Respectfully submitted,

           RICHARD S. HARTUNIAN
           United States Attorney

By:    /s/ *Richard Belliss*
        Richard Belliss
        Assistant United States Attorney
        Bar Roll No. 515295