**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

_**UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD**_

CASE NO.:           14-CR-00030

DATE:              July 28, 2015

PRESIDING JUDGE:        Sharpe

☒     GOVERNMENT    ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 2/19/2012 e-mail chain between Defendant and Scott Weaver |
| 2 | | | | Subscriber information for scottysdad@netzero.com |
| 3 | | | | Picture of Defendant |
| 4(a)-(d) | | | | (a)   Subscriber information for (518) 421-2458 <br> (b)   Call detail records for (518) 421-2458 <br> (c)   Subscriber information for (518) 242-9685 <br> (d)   Call detail records for (518) 242-9685 |
| 5 | | | | 4/11/2012 ACAC Bulletin |
| 6(a)-(b) | | | | (a)   Aerial view of 141 Hinds Road, Galway, NY <br> (b)   Ground level view of 141 Hinds Road, Galway, NY |
| 7 | | | | Picture of GE Schenectady |
| 8 | | | | Picture of Ming's Flavor Restaurant |
| 9 | | | | Written materials given by the Defendant to the CHS during the 5/30/2012 face-to-face meeting |
| 10 | | | | UNSK business card |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD_**

CASE NO.:         14-CR-00030

DATE:         July 28, 2015

PRESIDING JUDGE:      Sharpe

☒   GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 11(a)-(b) | | | | (a) 6/25/2012 e-mail w/attached photographs from UCE #1 to the CHS <br> (b) 6/25/2012 e-mail chain between the Defendant and the CHS |
| 12(a)-(b) | | | | (a) X-ray tube #1 (medium size) presented to Defendant on 6/29/2012 <br> (b) X-ray tube #2 (large size) presented to Defendant on 6/29/2012 |
| 13 | | | | 6/29/2012 text messages between Defendant and UCE #1 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                14-CR-00030

DATE:                July 28, 2015

PRESIDING JUDGE:                Sharpe

☒     GOVERNMENT     ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 14(a)-(h) | | | | (a)  7/10/2012 (3:39 p.m.) text message between UCE #1 and Defendant<br>(b)  7/10/2012 (----- p.m.) text message between UCE #1 and Defendant<br>(c)  7/10/2012 (----- p.m.) text message between UCE #1 and Defendant<br>(d)  7/10/2012 (3:56 p.m.) text message between UCE #1 and Defendant<br>(e)  7/10/2012 (4:16 p.m.) text message between UCE #1 and Defendant<br>(f)  7/10/2012 (4:18 p.m.) text message between UCE #1 and Defendant<br>(g)  7/10/2012 (4:21 p.m.) text message between UCE #1 and Defendant<br>(h)  7/10/2012 (4:23 p.m.) text message between UCE #1 and Defendant |
| 15 | | | | 8/--/2012 search warrant for scottysdad@netzero.com |
| 16 | | | | 7/10/2012 e-mail from UCE #1 to Defendant |
| 17 | | | | 7/12/2012 text messages between UCE #1 and Defendant |
| 18 | | | | 7/16/2012 text messages between UCE #1 and Defendant |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD*

CASE NO.: 14-CR-00030

DATE: July 28, 2015

PRESIDING JUDGE: Sharpe

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 19 | | | | 7/24/2012 e-mail exchanges between UCE #1 and Defendant |
| 20 | | | | 7/27/2012 text message from Defendant to UCE #1 |
| 21 | | | | 7/27/2012 e-mails (*3) from Defendant to UCE #1 |
| 22(a)-(c) | | | | (a) 7/28/2012 text message from UCE #1 to Defendant<br>(b) 7/28/2012 text message from UCE #1 to Defendant<br>(c) 7/28/2012 text message from Defendant to UCE #1 |
| 23 | | | | 8/14/2012 text messages between UCE #1 and Defendant |
| 24 | | | | 11/--/2012 search warrant for scottysdad@netzero.com |
| 25 | | | | 7/2/2012 – 9/30/2012 e-mail chain between the CW and Defendant |
| 26 | | | | 8/13/2012 e-mail exchange between Defendant and the Rutherford Reader |
| 27 | | | | 9/12/2012 e-mail exchange between Defendant and Rob Sivulka |
| 28(a)-(b) | | | | (a) 8/30/2012 text message from UCE #1 to Defendant<br>(b) 8/30/2012 text message from Defendant to UCE #1 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                        14-CR-00030

DATE:                         July 28, 2015

PRESIDING JUDGE:               Sharpe

☒     GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 29(a)-(d) | | | | (a)   9/24/2012 text message from Defendant to UCE #1<br>(b)   9/25/2012 text message from UCE #1 to Defendant<br>(c)   9/25/2012 text message from Defendant to UCE #1<br>(d)   9/25/2012 text message from Defendant to UCE #1 |
| 30 | | | | Written materials given by the Defendant to the CHS during the 9/27/2012 face-to-face meeting |
| 31 | | | | 10/1/2012 text messages between Defendant and UCE #1 |
| 32 | | | | Metal folder recovered on 6/18/2012 |
| 33 | | | | 10/6/2012 e-mail from Defendant to the CW |
| 34 | | | | 10/15/2012 – 10/18/2012 e-mail exchange between UCE #3 and Defendant |
| 35 | | | | 11/1/2012 – 11/7/2012 e-mail exchange between Defendant and UCE #3 |
| 36 | | | | 11/7/2012 e-mail exchange between Defendant and UCE #3 |
| 37 | | | | Picture of X-ray system |
| 38 | | | | X-ray system operator's manual |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

### *UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD*

CASE NO.:                14-CR-00030

DATE:                    July 28, 2015

PRESIDING JUDGE:              Sharpe

☒    GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 39 | | | | Proxies for the Guild to Care for the Baby index card |
| 40 | | | | 11/2/2012 – 11/6/2012 e-mail exchange between UCE #1 and Defendant |
| 41 | | | | 11/7/2012 – 11/8/2012 e-mail exchange between UCE #1 and Defendant |
| 42 | | | | 11/8/2012 e-mails (*3) from Defendant to UCE #1 |
| 43 | | | | 11/9/2012 e-mail from Defendant to UCE #1 |
| 44 | | | | 11/11/2012 – 11/12/2012 e-mail exchange between Defendant and UCE #1 |
| 45 | | | | 11/16/2012 e-mail from Defendant to UCE #1 |
| 46 | | | | 11/19/2012 e-mail exchange between Defendant and UCE #2 |
| 47 | | | | 11/19/2012 – 11/23/2012 e-mail exchange between Feight and UCE #2 |
| 48 | | | | 11/25/2012 e-mail from UCE #2 to Feight |
| 49 | | | | 12/3/2012 e-mail from UCE #2 to Defendant and Feight |

Page 7 of 22
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

### _UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD_

CASE NO.:                          14-CR-00030

DATE:                          July 28, 2015

PRESIDING JUDGE:                  Sharpe

☒      GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 50 | | | | 12/19/2012 text message from Defendant to UCE #2 |
| 51 | | | | 12/19/2012 e-mail from UCE #3 to Defendant |
| 52 | | | | 1/8/2013 text message from Defendant to UCE #2 |
| 53 | | | | CD of select telephone calls intercepted pursuant to wiretap order |
| 54 | | | | CD of select text messages intercepted pursuant to wiretap order |
| 55 | | | | 1/9/2013 text message from Defendant to UCE #2 |
| 56 | | | | 1/11/2013 (2:06 p.m.) text message from Defendant to UCE #2 |
| 57 | | | | 1/11/2013 (2:14 p.m.) text message from Defendant to UCE #2 |
| 58 | | | | Parts list given by the Defendant to the CHS during the 1/11/2013 face-to-face meeting |
| 59 | | | | CD of oral intercept pursuant to oral intercept order |
| 60 | | | | 1/11/2013 text message from UCE #1 to Defendant |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:          14-CR-00030

DATE:          July 28, 2015

PRESIDING JUDGE:          Sharpe

☒   GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 61 | | | | 1/11/2013 text message from Defendant to UCE #1 |
| 62 | | | | 2/7/2013 text message from Defendant to UCE #1 |
| 63 | | | | 2/7/2013 text message from UCE #1 to Defendant |
| 64 | | | | B----------- Manual |
| 65 | | | | Photocopies of three debit cards |
| 66 | | | | Photograph of Defendant's purple Saturn vehicle |
| 67 | | | | 2/25/2013 – 2/26/2013 e-mail exchange between Feight and UCE #2 |
| 68 | | | | 2/26/2013 e-mail exchanges between Defendant, Feight and UCE #2 |
| 69 | | | | --- Packaging list (3/19/2013) |
| 70 | | | | Envelope and Fake ID application and photograph of Defendant |
| 71 | | | | Two boxes of parts given by the Defendant to the CHS on 4/1/2013 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:             14-CR-00030

DATE:                 July 28, 2015

PRESIDING JUDGE:          Sharpe

☒    GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 72 | | | | Cell site / GPS data for telephone number (518) 421-2458 on 4/10/2013 |
| 73 | | | | Small box of parts given by the Defendant to the CHS on 4/22/2013 |
| 74 | | | | 5/13/2013 text message from Defendant to UCE #2 |
| 75 | | | | 5/21/2013 text message from Defendant to UCE #1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 130(a)-(b) | | | | (a)    CD with 5/29/2012 telephonic recordings (one voicemail and two calls) between the CHS and the Defendant<br>(b)    Corresponding transcripts |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:          14-CR-00030

DATE:          July 28, 2015

PRESIDING JUDGE:          Sharpe

☒     GOVERNMENT     ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 131(a)-(b) | | | | (a)  CD with 5/30/2012 face-to-face audio recording between the Defendant the CHS<br>(b)  Corresponding transcript |
| 132(a)-(b) | | | | (a)  CD with 6/5/2012 face-to-face audio recording between the Defendant and the CHS<br>(b)  Corresponding transcript |
| 133(a)-(b) | | | | (a)  CD with 7/2/2012 face-to-face audio recording between the Defendant and the CHS<br>(b)  Corresponding transcript |
| 134(a)-(b) | | | | (a)  CD with 9/25/2012 telephonic recording between the Defendant and the CHS<br>(b)  Corresponding transcript |
| 135(a)-(b) | | | | (a)  CD with 9/27/2012 face-to-face audio recording between the Defendant the CHS<br>(b)  Corresponding transcript |
| 136(a)-(b) | | | | (a)  CD with 10/19/2012 telephonic recording between between the Defendant and the CHS<br>(b)  Corresponding transcript |
| 137(a)-(b) | | | | (a)  CD with 10/22/2012 face-to-face audio recording between the Defendant and the CHS<br>(b)  Corresponding transcript |
| 138(a)-(b) | | | | (a)  CD with 1/9/2013 telephonic recording between the Defendant and the CHS<br>(b)  Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:     14-CR-00030

DATE:     July 28, 2015

PRESIDING JUDGE:     Sharpe

☒     GOVERNMENT     ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION | |
|---|---|---|---|---|---|
| 139(a)-(b) | | | | (a) | CD with 1/11/2013 telephonic recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 140(a)-(b) | | | | (a) | CD with 1/11/2013 face-to-face audio recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 141(a)-(b) | | | | (a) | CD with 2/9/2013 telephonic recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 142(a)-(b) | | | | (a) | CD with 2/14/2013 face-to-face audio recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 143(a)-(b) | | | | (a) | CD with 3/1/2013 telephonic recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 144(a)-(b) | | | | (a) | CD with 4/2/2013 telephonic recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 145(a)-(b) | | | | (a) | CD with 4/2/2013 face-to-face audio recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |
| 146(a)-(b) | | | | (a) | CD with 4/22/2013 face-to-face audio recording between the Defendant and the CHS |
| | | | | (b) | Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:         14-CR-00030

DATE:         July 28, 2015

PRESIDING JUDGE:    Sharpe

☒   GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 147(a)-(b) | | | | (a) CD with 5/14/2013 telephonic recording between the Defendant and the CHS <br> (b) Corresponding transcript |
| 148(a)-(b) | | | | (a) CD with 5/22/2013 telephonic recording between the Defendant and the CHS <br> (b) Corresponding transcript |
| 149(a)-(b) | | | | (a) CD with 5/29/2013 face-to-face audio recording between the Defendant and the CHS <br> (b) Corresponding transcript |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 155(a)-(b) | | | | (a) CD with 8/13/2012 telephonic recording between the CW and the Defendant <br> (b) Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.: 14-CR-00030

DATE: July 28, 2015

PRESIDING JUDGE: Sharpe

☒   GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 156(a)-(b) | | | | (a)  CD with 8/23/2012 telephonic recording between the CW and the Defendant<br>(b)  Corresponding transcript |
| 157(a)-(b) | | | | (a)  CD with 8/24/2012 face-to-face audio recording between the CW and the Defendant<br>(b)  Corresponding transcript |
| | | | | |
| | | | | |
| 160(a)-(b) | | | | (a)  CD with 6/21/2012 face-to-face audio recording between the CHS, UCE #1 and the Defendant<br>(b)  Corresponding transcript |
| 161(a)-(b) | | | | (a)  CD with 6/26/2012 telephonic recording between UCE #1 and the Defendant<br>(b)  Corresponding transcript |
| 162 | | | | CD with 6/29/2012 face-to-face video recording between the CHS, UCE #1 and the Defendant |
| 163(a)-(b) | | | | (a)  CD with 7/13/2012 telephonic recording between UCE #1 and the Defendant<br>(b)  Corresponding transcript |
| 164(a)-(b) | | | | (a)  CD with 7/18/2012 telephonic recording between UCE #1 and the Defendant<br>(b)  Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                14-CR-00030

DATE:                July 28, 2015

PRESIDING JUDGE:                Sharpe

☒   GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 165 | | | | CD with 7/19/2012 face-to-face video recording between the CHS, UCE #1 and the Defendant |
| 166(a)-(b) | | | | (a)   CD with 9/24/2012 telephonic recording between UCE #1 and the Defendant<br>(b)   Corresponding transcript |
| 167(a)-(b) | | | | (a)   CD with 10/1/2012 telephonic recording between UCE #1 and the Defendant<br>(b)   Corresponding transcript |
| | | | | |
| | | | | |
| | | | | |
| 180 | | | | CD with 10/4/2012 face-to-face video recording between the Defendant, the CW and UCE #2 & UCE #3 |
| 181(a)-(b) | | | | (a)   CD with 10/18/2012 telephonic recording between UCE #3 and the Defendant<br>(b)   Corresponding transcript |
| 182 | | | | CD with 11/14/2012 face-to-face video recording between the Defendant, UCE #2, UCE #3 and Feight |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                    14-CR-00030

DATE:                    July 28, 2015

PRESIDING JUDGE:                    Sharpe

☒      GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 183(a)-(b) | | | | (a) CD with 11/30/2012 telephonic recording between UCE #2 and Feight<br>(b) Corresponding transcript |
| 184(a)-(b) | | | | (a) CDwith 1/11/2013 telephonic recording between UCE #2 and Defendant<br>(b) Corresponding transcript |
| 185(a)-(b) | | | | (a) CD with 1/16/2013 telephonic recording between UCE #2 and Defendant<br>(b) Corresponding transcript |
| 186 | | | | CD with 1/28/2013 face-to-face video recording between the Defendant, UCE #2 & UCE #3 |
| 187(a)-(b) | | | | (a) CD with 3/11/2013 telephonic recording between UCE #2 and the Defendant<br>(b) Corresponding transcript |
| 188(a)-(b) | | | | (a) CD with 4/9/2013 telephonic recording between the Defendant and UCE #2<br>(b) Corresponding transcript |
| 189(a)-(b) | | | | (a) CD with 4/22/2013 telephonic recording between the Defendant and UCE #2<br>(b) Corresponding transcript |
| 190(a)-(b) | | | | (a) CD with 5/17/2013 telephonic recording between the Defendant and UCE #2<br>(b) Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:            14-CR-00030

DATE:            July 28, 2015

PRESIDING JUDGE:            Sharpe

☒      GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 191 | | | | 5/20/2013 text message (12:28 p.m.) from the Defendant to UCE #2 |
| 192 | | | | 5/20/2013 text message (6:29 p.m.) from the Defendant to UCE #2 |
| 193(a)-(b) | | | | (a)      CD with 5/20/2013 face-to-face audio recording between the Defendant and UCE #2<br>(b)      Corresponding transcript |
| 194(a)-(b) | | | | (a)      CD with 6/12/2013 telephonic recording between the Defendant and UCE #2<br>(b)      Corresponding transcript |
| 195 | | | | CD with 6/17/2013 recording between the Defendant, UCE #2 and UCE #3 |
| 196 | | | | CD with 6/18/2013 recording between the Defendant, UCE #2 and UCE #3 |
| | | | | |
| | | | | |
| | | | | |
| 200(a)-(b) | | | | (a)      CD with 1/9/2013 telephonic recording (call #1703) between the Defendant and Feight<br>(b)      Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                14-CR-00030

DATE:                July 28, 2015

PRESIDING JUDGE:                Sharpe

☒    GOVERNMENT        ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 201(a)-(b) | | | | (a)  CD with 1/11/2013 telephonic recording (call #1866) between the Defendant and Feight<br>(b)  Corresponding transcript |
| 202(a)-(b) | | | | (a)  CD with 1/11/2013 telephonic recording (call #1867) between the Defendant and Allison McMahon<br>(b)  Corresponding transcript |
| 203(a)-(b) | | | | (a)  CD with 1/11/2013 telephonic recording (call #1869) between the Defendant and Feight<br>(b)  Corresponding transcript |
| 204(a)-(b) | | | | (a)  CD with 1/11/2013 telephonic recording (call #1871) between the Defendant and Allison McMahon<br>(b)  Corresponding transcript |
| 205(a)-(b) | | | | (a)  CD with 1/12/2013 telephonic recording (call #1961) between the Defendant and Feight<br>(b)  Corresponding transcript |
| 206 | | | | 1/21/2013 text message from the Defendant to Feight |
| 207(a)-(b) | | | | (a)  CD with 1/25/2013 telephonic recording (call #_____) between the Defendant and parts supplier<br>(b)  Corresponding transcript |
| 208(a)-(b) | | | | (a)  CD with 2/1/2013 face-to-face meeting / audio recording between the Defendant and Feight<br>(b)  Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:  14-CR-00030

DATE:  July 28, 2015

PRESIDING JUDGE:  Sharpe

☒  GOVERNMENT  ☐  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 209(a)-(b) | | | | (a) CD with 2/1/2013 telephonic recording (call #3302) between the Defendant and parts supplier <br> (b) Corresponding transcript |
| 210(a)-(b) | | | | (a) CD with 2/11/2013 telephonic recording (call #3843) between the Defendant and parts supplier <br> (b) Corresponding transcript |
| 211(a)-(b) | | | | (a) CD with 2/19/2013 telephonic recording (call #4393) between the Defendant and Feight <br> (b) Corresponding transcript |
| 212(a)-(b) | | | | (a) CD with 2/19/2013 telephonic recording (call #4394) between the Defendant and Feight <br> (b) Corresponding transcript |
| 213(a)-(b) | | | | (a) CD with 2/21/2013 telephonic recording (call #4539) between the Defendant and Feight <br> (b) Corresponding transcript |
| 214(a)-(b) | | | | (a) CD with 2/22/2013 telephonic recording (call #4638) between the Defendant and Feight <br> (b) Corresponding transcript |
| 215(a)-(b) | | | | (a) CD with 2/22/2013 telephonic recording (call #4642) between the Defendant and Feight <br> (b) Corresponding transcript |
| 216 | | | | 2/26/2013 text message from the Defendant to Feight |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD_**

CASE NO.:                14-CR-00030

DATE:                    July 28, 2015

PRESIDING JUDGE:         Sharpe

☒     GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 217 | | | | 2/27/2013 text message from Feight to the Defendant |
| 218 | | | | 2/27/2013 text message from the Defendant to Feight |
| 219(a)-(b) | | | | (a)     CD with 3/1/2013 telephonic recording (call #5046) between the Defendant and Feight <br> (b)     Corresponding transcript |
| 220(a)-(b) | | | | (a)     CD with 3/6/2013 telephonic recording (call #____) between the Defendant and parts supplier <br> (b)     Corresponding transcript |
| 221 | | | | 3/11/2013 text message from the Defendant to Jason Watt |
| 222 | | | | 3/12/2013 text message from the Defendant to Feight |
| 223(a)-(b) | | | | (a)     CD with 3/20/2013 telephonic recording (call #6243) between the Defendant and Feight <br> (b)     Corresponding transcript |
| 224 | | | | 3/21/2013 text message (1:02 p.m.) from the Defendant to Feight |
| 225 | | | | 3/21/2013 text message (1:34 p.m.) from the Defendant to Feight |
| 226 | | | | 3/22/2013 text message from the Feight to the Defendant |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                14-CR-00030

DATE:                July 28, 2015

PRESIDING JUDGE:            Sharpe

☒    GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 227 | | | | 3/22/2013 text message from the Defendant to Feight |
| 228 | | | | 3/25/2013 text message from Feight to the Defendant |
| 229(a)-(b) | | | | (a)      CD with 3/25/2013 telephonic recording (call #355) between the Defendant and Feight<br>(b)      Corresponding transcript |
| 230 | | | | 4/5/2013 text message from the Defendant to Feight |
| 231 | | | | 4/8/2013 text message from the Defendant to Feight |
| 232 | | | | 4/8/2013 text message (7:07 a.m.) from Feight to the Defendant |
| 233 | | | | 4/8/2013 text message (7:09 a.m.) from Feight to the Defendant |
| 234 | | | | 4/8/2013 text message from the Defendant to Feight |
| 235 | | | | 4/10/2013 text message from Feight to the Defendant |
| 236 | | | | 4/15/2013 text message from Feight to the Defendant |
| 237 | | | | 4/15/2013 text message from the Defendant to Feight |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:          14-CR-00030

DATE:          July 28, 2015

PRESIDING JUDGE:          Sharpe

☒     GOVERNMENT     ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 238(a)-(b) | | | | (a)     CD with 4/22/2013 telephonic recording (call #___) between the Defendant and Feight<br>(b)     Corresponding transcript |
| 239 | | | | 4/23/2013 text message from the Defendant to Feight |
| 240 | | | | 4/23/2013 text message from Feight to the Defendant |
| 241 | | | | 4/30/2013 text message from the Defendant to Feight |
| 242 | | | | 4/30/2013 text message from Feight to the Defendant |
| 243 | | | | 5/1/2013 text message from the Defendant to Feight |
| 244 | | | | 5/1/2013 text message from Feight to the Defendant |
| 245 | | | | 5/13/2013 text message from the Defendant to Feight |
| 246 | | | | 5/13/2013 text message from Feight to the Defendant |
| 247(a)-(b) | | | | (a)     CD with 5/16/2013 telephonic recording (call #___) between the Defendant and Feight<br>(b)     Corresponding transcript |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. GLENDON SCOTT CRAWFORD***

CASE NO.:                14-CR-00030

DATE:                      July 28, 2015

PRESIDING JUDGE:        Sharpe

☒   GOVERNMENT      ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 248 | | | | 5/20/2013 text messages between the Defendant and Feight |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 253(a)-(b) | | | | (a)   CD with 5/20/2013 telephonic recording (call #_____) between the Defendant and Feight <br> (b)   Corresponding transcript |