IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:14-CR-30 (GLS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GLENDON SCOTT CRAWFORD,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PROPOSED VERDICT FORM

The United States of America, by its attorneys, submits herewith its Proposed Verdict Form in the above referenced case.

Dated: August 6, 2015                            Respectfully submitted,

                                                                RICHARD S. HARTUNIAN
                                                                 UNITED STATES ATTORNEY

                                                                  /s/
                                          By:   Stephen C. Green
                                                   Assistant United States Attorneys
                                                   Bar Roll No. 507767

                                                                  /s/
                                          By:   Richard D. Belliss
                                                   Assistant United States Attorneys
                                                   Bar Roll No. 515295

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:14-CR-30 (GLS) |
| | ) | |
| v. | ) | |
| | ) | |
| **GLENDON SCOTT CRAWFORD,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## VERDICT FORM

We, the jury, unanimously find as follows:

## COUNT 1

Attempt to Produce and Use a Radiological Dispersal Device:

_____          _____
Guilty                    Not Guilty

## COUNT 2

Conspiracy to Use a Weapon of Mass Destruction:

_____          _____
Guilty                    Not Guilty

## **COUNT 3**

Distribution of Information Relating to Weapons of Mass Destruction:

_____              _____
Guilty                Not Guilty

So say we all,

_____
Foreperson