UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                               1:14-cr-30

GLENDON SCOTT CRAWFORD,

　　　　　　Defendant.

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. EACH QUESTION MUST BE ANSWERED UNANIMOUSLY.**

**There should be a total of two (2) pages in this Verdict Form Packet, including this sheet.**

1. As to Count One, charging Mr. Crawford with attempting to produce or use a radiological dispersal device:

    __X__                _____
    Guilty               Not Guilty

2. As to Count Two, charging Mr. Crawford with conspiracy to use a weapon of mass destruction:

    __X__                _____
    Guilty               Not Guilty

3. As to Count Three, charging Mr. Crawford with distribution of information relating to weapons of mass destruction:

    __X__                _____
    Guilty               Not Guilty

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.

Dated: August 21, 2015

_____
Foreperson