Dear Judge Sharpe,

My name is Dan Levy. I am a reporter for WNYT-TV, NewsChannel 13 in Albany. After covering the entire Glendon Scott Crawford Trail in your courtroom, I am now requesting copies of some of the video tape evidence that was presented during the course of the trial.

The clips that I am requesting are as follow:

> 1) Crawford tinkering with the device in the Schaghticoke warehouse and his subsequent arrest on June 18, 2013
>
> 2) Crawford meeting with the KKK imperial wizard in a Greensboro, NC hotel from October 2012
>
> 3) Crawford with undercover agents in a local hotel room examining X-Ray tubes.
>
> 4) Crawford at the Hilton Garden Inn parking lot testing a remote control device on June 17, 2013

We understand the importance of protecting the identities of the undercover agents involved, and we are committed to doing that. We also very much appreciate your prompt attention to this matter.

Thank you,

Dan Levy

Reporter

WNYT – TV

NewsChannel 13

715 North Pearl Street

Albany, NY 12204

(518) 207-4801 Newsroom

(518) 207-4824 Direct

(518) 339-5028 Cell